**Opinion issued October 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00458-CV

———————————

**GARAGES OF TEXAS @ KATY CONDOMINIUM ASSOCIATES, INC.,**
**Appellant**

**V.**

**ROAYAEE LLC, A TEXAS LIMITED LIABILITY COMPANY, Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 24-DCV-316138**

---

## MEMORANDUM OPINION

Appellant, Garages of Texas @ Katy Condominium Associates, Inc., has filed

a motion to dismiss this appeal. Appellee, Roayaee LLC, a Texas Limited Liability

Company, is unopposed to this motion.

We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.